IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Weathersby, Tony L | Case Number: 08 B 12777 |
| | Judge: Hollis, Pamela S |
| Printed: 11/11/08 | Filed: 5/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 0.00 |
| 2. | Resurgent Capital Services | Unsecured | 140.09 | 0.00 |
| 3. | St James Anesthesia | Unsecured | 176.00 | 0.00 |
| 4. | Creditors Collection Bur | Unsecured | 122.70 | 0.00 |
| 5. | CB USA | Unsecured | 176.01 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 55.38 | 0.00 |
| 7. | Park Dansan | Unsecured | | No Claim Filed |
| 8. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 9. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 10. | City of Harvey | Unsecured | | No Claim Filed |
| | | | $ 4,134.18 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

